# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Douglas Ruszcyk a/k/a Douglas Paul Ruszcyk, a/k/a Douglas Ruszcyk** | **BK NO. 23-00311MJC** |
| **Cynthia L. Ruszcyk a/k/a Cynthia Lea Ruszcyk, a/k/a Cynthia Ruszcyk** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of AmeriSave Mortgage Corporation and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
21 Feb 2023, 09:48:02, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322