United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Douglas P. Ruszcyk  
Cynthia L. Ruszcyk  
    Debtors

Case No. 23-00311-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 28, 2023     Form ID: ntcnfhrg     Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas P. Ruszcyk, Cynthia L. Ruszcyk, 401 Marion Street, Forest City, PA 18421-1228 |
| 5521772 | ++++ | AMERISAVE MORTGAGE, 3525 PIEDMONT RD, 8 PIEDMONT CTR NE STE 600, ATLANTA GA 30305-1565 address filed with court:, Amerisave Mortgage, 3525 Piedmont Rd, NE 8 Piedmont Center, Suite 600, Atlanta, GA 30305 |
| 5521769 | | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept, APS, Oklahoma, OK 72118 |
| 5521774 | + | Beth Israel Deaconess Hospital - Plymout, 275 Sandwich Street, Plymouyh, MA 02360-2183 |
| 5521785 | + | Geisinger, Correspondence Address, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 5521794 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280601, Harrisburg, PA 17128-0601 |
| 5521800 | + | University of Pittsburg Physicians, 1400 Locust St., Suite D2-2100, Pittsburgh, PA 15219-5114 |
| 5521802 | + | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2023 18:48:49 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 18:49:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2023 18:49:13 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521770 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5522757 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2023 18:49:13 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5526112 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2023 18:48:49 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521771 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 18:48:53 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5528653 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2023 18:48:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5521773 | + | Email/Text: bnc-aquafinance@quantum3group.com | Mar 28 2023 18:43:00 | Aqua Finance, Inc., P.O. Box 844, Wausau, WI 54402-0844 |
| 5521775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:49:15 | Brand Source/Citi CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5526352 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5522906 | + | Email/Text: BKPT@cfna.com | Mar 28 2023 18:48:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 18:43:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5525899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 18:49:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5521777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 28 2023 18:48:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5521778 | + | Email/Text: BKPT@cfna.com | Mar 28 2023 18:43:00 | Credit Collection Service, P.O. Box 9134, Needham, MA 02494-9134 |
| 5521779 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2023 18:43:00 | Credit First, 6275 Eastland Rd., Brook Park, OH 44142-1399 |
| 5521780 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 18:43:00 | Credit Management Co., 2121 Noblestown Rd., P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5521781 | | Email/Text: mrdiscen@discover.com | Mar 28 2023 18:48:50 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5521789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:43:00 | Discover, P.O. Box 15156, Wilmington, DE 19886 |
| 5522666 | | Email/Text: mrdiscen@discover.com | Mar 28 2023 18:49:04 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5521782 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5521783 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 18:43:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 5523012 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2023 18:43:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5521784 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 28 2023 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5521786 | | Email/Text: customerservice@hrac.us | Mar 28 2023 18:43:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5527999 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 28 2023 18:43:00 | HRAC, LLC, 600 Washington Ave., Suite 100, Towson, MD 21204 |
| 5521787 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 28 2023 18:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 18:43:00 | Indigo-Celtic Bank, Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5521791 | | Email/Text: ml-ebn@missionlane.com | Mar 28 2023 18:43:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5521790 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 28 2023 18:43:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5523638 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 28 2023 18:43:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5521793 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 28 2023 18:43:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5521792 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 28 2023 18:43:00 | Navy FCU, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5526310 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 18:43:00 | Navy FCU, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 5528000 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2023 18:49:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Email/PDF | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Mar 28 2023 18:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5521842 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5521796 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:03 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521795 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:49:13 | Synchrony Bank/Harbor, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521797 | | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 18:48:50 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5521798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:49:15 | THD/CBNA, One Court Squre, Long Island City, NY 11120-0001 |
| 5521799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 18:49:04 | Tractor Supply, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5521801 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 28 2023 18:43:00 | UPMC, 2 Hot Metal St., Dist Room 386, Pittsburgh, PA 15203-2348 |
| 5528999 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 28 2023 18:49:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5522561 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5529535 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5523639 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | |

|   |   |
|---|---|
|   | on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Douglas P. Ruszcyk, <br> aka Douglas Paul Ruszcyk, aka Douglas Ruszcyk, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−00311−MJC |
| Cynthia L. Ruszcyk, <br> aka Cynthia Lea Ruszcyk, aka Cynthia Ruszcyk, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 27, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: May 4, 2023 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 28, 2023 |

ntcnfhrg (08/21)