UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DOUGLAS P. RUSZCYK
DOUGLAS RUSZCYK, DOUGLAS PAUL RUSZCYK
CYNTHIA L. RUSZCYK
CYNTHIA RUSZCYK, CYNTHIA LEA RUSZCYK

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-23-00311-MJC

vs.

DOUGLAS P. RUSZCYK
DOUGLAS RUSZCYK, DOUGLAS PAUL RUSZCYK
CYNTHIA L. RUSZCYK
CYNTHIA RUSZCYK, CYNTHIA LEA RUSZCYK

    Respondent(s)

## TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7

AND NOW, on October 2, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for conversion of the above-captioned Chapter 13 bankruptcy case in accordance with Section 1307(c) of 11 U.SC., due to failure to file a confirmable Chapter 13 Plan.

WHEREFORE, Movant requests this Honorable Court to enter an Order of Court converting the above-captioned case to Chapter 7 in accordance with 11 U.S.C. Sec 1307(c).

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DOUGLAS P. RUSZCYK
             DOUGLAS RUSZCYK,
             DOUGLAS PAUL RUSZCYK         CHAPTER 13
             CYNTHIA L. RUSZCYK
             CYNTHIA RUSZCYK,
             CYNTHIA LEA RUSZCYK
                       Debtor(s)                   CASE NO: 5-23-00311-MJC

             JACK N. ZAHAROPOULOS
             CHAPTER 13 TRUSTEE
                       Movant

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 2, 2023, I served a copy of this Motion to Convert and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DELUCA
381 N 9TH AVENUE
SCRANTON, PA 18504

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>

DOUGLAS P. RUSZCYK
CYNTHIA L. RUSZCYK
401 MARION STREET
FOREST CITY, PA 18421

I certify under penalty of perjury that the foregoing is true and correct.


Dated: October 2, 2023                                 /s/ Vickie Williams
                                                              Office of the Chapter 13 Trustee
                                                              Jack N. Zaharopoulos
                                                               Suite A, 8125 Adams Dr.
                                                               Hummelstown, PA 17036
                                                               Phone: (717) 566-6097
                                                               email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DOUGLAS P. RUSZCYK
DOUGLAS RUSZCYK, DOUGLAS PAUL RUSZCYK
CYNTHIA L. RUSZCYK
CYNTHIA RUSZCYK, CYNTHIA LEA RUSZCYK
    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-23-00311-MJC

vs.

DOUGLAS P. RUSZCYK
DOUGLAS RUSZCYK, DOUGLAS PAUL RUSZCYK
CYNTHIA L. RUSZCYK
CYNTHIA RUSZCYK, CYNTHIA LEA RUSZCYK
    Respondent(s)

**ORDER CONVERTING CASE**

Upon consideration of the Trustee's Motion to Convert, it is hereby ORDERED that the above-captioned bankruptcy case be and hereby is CONVERTED to a Chapter 7.