United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Douglas P. Ruszcyk  
Cynthia L. Ruszcyk  
    Debtors

Case No. 23-00311-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 02, 2023      Form ID: ntsempas      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas P. Ruszcyk, Cynthia L. Ruszcyk, 401 Marion Street, Forest City, PA 18421-1228 |
| cr | + | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5521772 | ++++ | AMERISAVE MORTGAGE, 3525 PIEDMONT RD, 8 PIEDMONT CTR NE STE 600, ATLANTA GA 30305-1565 address filed with court:, Amerisave Mortgage, 3525 Piedmont Rd, NE 8 Piedmont Center, Suite 600, Atlanta, GA 30305 |
| 5521769 | | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept, APS, Oklahoma, OK 72118 |
| 5521774 | + | Beth Israel Deaconess Hospital - Plymout, 275 Sandwich Street, Plymouyh, MA 02360-2183 |
| 5521785 | + | Geisinger, Correspondence Address, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 5521794 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280601, Harrisburg, PA 17128-0601 |
| 5521800 | + | University of Pittsburg Physicians, 1400 Locust St., Suite D2-2100, Pittsburgh, PA 15219-5114 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 02 2023 18:47:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 02 2023 18:47:29 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5535019 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 02 2023 18:47:22 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521770 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 02 2023 18:44:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5522757 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 02 2023 18:47:35 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5526112 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 02 2023 18:47:22 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521771 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 18:47:30 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5528653 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 18:47:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5521773 | + | Email/Text: bnc-aquafinance@quantum3group.com | Oct 02 2023 18:44:00 | Aqua Finance, Inc., P.O. Box 844, Wausau, WI 54402-0844 |
| 5521775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2023 18:47:21 | Brand Source/Citi CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5526352 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 02 2023 18:47:33 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522906 | + | Email/Text: BKPT@cfna.com | Oct 02 2023 18:44:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OHIO 44181-8011 |
| 5521776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2023 18:47:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5525899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2023 18:47:34 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5534923 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2023 18:47:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5521777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 02 2023 18:44:00 | Credit Collection Service, P.O. Box 9134, Needham, MA 02494-9134 |
| 5521778 | + | Email/Text: BKPT@cfna.com | Oct 02 2023 18:44:00 | Credit First, 6275 Eastland Rd., Brook Park, OH 44142-1399 |
| 5521779 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 02 2023 18:44:00 | Credit Management Co., 2121 Noblestown Rd., P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5521780 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2023 18:47:18 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5521781 | | Email/Text: mrdiscen@discover.com | Oct 02 2023 18:44:00 | Discover, P.O. Box 15156, Wilmington, DE 19886 |
| 5536250 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 02 2023 18:44:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5521789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2023 18:47:28 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5522666 | | Email/Text: mrdiscen@discover.com | Oct 02 2023 18:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5521782 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 02 2023 18:44:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 5521783 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 02 2023 18:44:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5523012 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 02 2023 18:44:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5521784 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 02 2023 18:44:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5532090 | | Email/Text: BNCnotices@dcmservices.com | Oct 02 2023 18:44:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5521786 | | Email/Text: customerservice@hrac.us | Oct 02 2023 18:44:00 | HRAC, LLC, 600 Washington Ave., Suite 100, Towson, MD 21204 |
| 5527999 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 02 2023 18:44:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521787 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 02 2023 18:44:00 | Indigo-Celtic Bank, Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5521788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2023 18:44:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5532853 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 18:47:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521791 | | Email/Text: ml-ebn@missionlane.com | Oct 02 2023 18:44:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521790 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 02 2023 18:44:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5523638 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 02 2023 18:44:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000, MERRIFIELD, VA 22119-3000 |
| 5521793 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 02 2023 18:44:00 | Navy FCU, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5521792 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 02 2023 18:44:00 | Navy FCU, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 5526310 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2023 18:47:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536451 | + | Email/Text: bankruptcy@purchasingpower.com | Oct 02 2023 18:44:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 5533227 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2023 18:44:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5528000 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2023 18:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5534397 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2023 18:44:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5521842 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2023 18:47:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5521796 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2023 18:47:29 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521795 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2023 18:47:29 | Synchrony Bank/Harbor, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521797 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2023 18:47:29 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5521798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2023 18:47:34 | THD/CBNA, One Court Squre, Long Island City, NY 11120-0001 |
| 5521799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2023 18:47:34 | Tractor Supply, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5521801 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 02 2023 18:44:00 | UPMC, 2 Hot Metal St., Dist Room 386, Pittsburgh, PA 15203-2348 |
| 5521802 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 02 2023 18:47:29 | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5528999 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 02 2023 18:47:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5522561 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5529535 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5523639 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Douglas Richard Blecki, Jr. | on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Douglas P. Ruszcyk tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas P. Ruszcyk
aka Douglas Paul Ruszcyk, aka Douglas Ruszcyk

**Debtor 1**

Cynthia L. Ruszcyk
aka Cynthia Lea Ruszcyk, aka Cynthia Ruszcyk

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 5:23−bk−00311−MJC

Document Number: 42

Matter: Trustee's Motion to Convert Case to Chapter 7

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

DOUGLAS P. RUSZCYK
DOUGLAS RUSZCYK, DOUGLAS
PAUL RUSZCYK
CYNTHIA L. RUSZCYK
CYNTHIA RUSZCYK, CYNTHIA LEA
RUSZCYK
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 13, 2023.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 10/19/23 Time: 10:00 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **October 16, 2023**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2023 |

ntsempas(05/18)