United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 23-00311-MJC

Douglas P. Ruszcyk                                          Chapter 7

Cynthia L. Ruszcyk

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                 User: AutoDocke                 Page 1 of 2

Date Rcvd: Jan 02, 2024            Form ID: ntfnmg               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

**Recip ID**             **Recipient Name and Address**
db/jdb               +   Douglas P. Ruszcyk, Cynthia L. Ruszcyk, 401 Marion Street, Forest City, PA 18421-1228

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024            Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

**Name**               **Email Address**

Douglas Richard Blecki, Jr.

          on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com

Douglas Richard Blecki, Jr.

          on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com

Jill E. Durkin

          jilldurkinesq@gmail.com  PA92@ecfcbis.com

Michael Patrick Farrington

          on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com

Tullio DeLuca

          on behalf of Defendant Douglas P. Ruszcyk tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Defendant Cynthia L. Ruszcyk tullio.deluca@verizon.net

Tullio DeLuca

on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Douglas P. Ruszcyk,<br>aka Douglas Paul Ruszcyk, aka Douglas Ruszcyk, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:23−bk−00311−MJC |
| Cynthia L. Ruszcyk,<br>aka Cynthia Lea Ruszcyk, aka Cynthia Ruszcyk, | | |
| **Debtor 2** | | |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **January 15, 2024**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 2, 2024 |

ntfnmg(04/18)