United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 23-00311-MJC |
|---|---|
| Douglas P. Ruszcyk | Chapter 7 |
| Cynthia L. Ruszcyk | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: 318 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas P. Ruszcyk, Cynthia L. Ruszcyk, 401 Marion Street, Forest City, PA 18421-1228 |
| cr | + | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5521772 | ++++ | AMERISAVE MORTGAGE, 3525 PIEDMONT RD, 8 PIEDMONT CTR NE STE 600, ATLANTA GA 30305-1565 address filed with court:, Amerisave Mortgage, 3525 Piedmont Rd, NE 8 Piedmont Center, Suite 600, Atlanta, GA 30305 |
| 5521769 | | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept, APS, Oklahoma, OK 72118 |
| 5521774 | + | Beth Israel Deaconess Hospital - Plymout, 275 Sandwich Street, Plymouyh, MA 02360-2183 |
| 5521785 | + | Geisinger, Correspondence Address, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 5521794 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280601, Harrisburg, PA 17128-0601 |
| 5521800 | + | University of Pittsburg Physicians, 1400 Locust St., Suite D2-2100, Pittsburgh, PA 15219-5114 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 25 2024 23:49:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jan 25 2024 23:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522560 | + | EDI: AISACG.COM | Jan 25 2024 23:49:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5535019 | + | EDI: AISACG.COM | Jan 25 2024 23:49:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521770 | + | EDI: GMACFS.COM | Jan 25 2024 23:49:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5522757 | + | EDI: AISACG.COM | Jan 25 2024 23:49:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5526112 | + | EDI: AISACG.COM | Jan 25 2024 23:49:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521771 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 19:08:59 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5528653 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 18:58:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5521773 | + | EDI: AQUAFINANCE.COM | Jan 25 2024 23:49:00 | Aqua Finance, Inc., P.O. Box 844, Wausau, WI 54402-0844 |
| 5521775 | + | EDI: CITICORP | Jan 25 2024 23:49:00 | Brand Source/Citi CBNA, 5800 South Corporate |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5526352 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522906 | + EDI: CRFRSTNA.COM | Jan 25 2024 23:49:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5521776 | + EDI: CAPITALONE.COM | Jan 25 2024 23:49:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5525899 | EDI: CAPITALONE.COM | Jan 25 2024 23:49:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5534923 | EDI: CITICORP | Jan 25 2024 23:49:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5521777 | + EDI: CCS.COM | Jan 25 2024 23:49:00 | Credit Collection Service, P.O. Box 9134, Needham, MA 02494-9134 |
| 5521778 | + EDI: CRFRSTNA.COM | Jan 25 2024 23:49:00 | Credit First, 6275 Eastland Rd., Brook Park, OH 44142-1399 |
| 5521779 | + Email/Text: bdsupport@creditmanagementcompany.com | Jan 25 2024 18:54:00 | Credit Management Co., 2121 Noblestown Rd., P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5521780 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2024 18:58:42 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5521781 | EDI: DISCOVER | Jan 25 2024 23:49:00 | Discover, P.O. Box 15156, Wilmington, DE 19886 |
| 5536250 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 25 2024 18:54:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5521789 | EDI: CITICORP | Jan 25 2024 23:49:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5522666 | EDI: DISCOVER | Jan 25 2024 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5521782 | + Email/Text: Mercury@ebn.phinsolutions.com | Jan 25 2024 18:54:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 5521783 | Email/Text: collecadminbankruptcy@fnni.com | Jan 25 2024 18:54:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5523012 | Email/Text: collecadminbankruptcy@fnni.com | Jan 25 2024 18:54:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5521784 | Email/Text: bk@freedomfinancialnetwork.com | Jan 25 2024 18:54:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5532090 | Email/Text: BNCnotices@dcmservices.com | Jan 25 2024 18:54:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5521786 | Email/Text: customerservice@hrac.us | Jan 25 2024 18:54:00 | HRAC, LLC, 600 Washington Ave., Suite 100, Towson, MD 21204 |
| 5527999 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 25 2024 18:54:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521787 | EDI: PHINGENESIS | Jan 25 2024 23:49:00 | Indigo-Celtic Bank, Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5521788 | EDI: IRS.COM | Jan 25 2024 23:49:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5532853 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521791 | Email/Text: ml-ebn@missionlane.com | Jan 25 2024 18:54:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521790 | + Email/Text: bankruptcy@marinerfinance.com | Jan 25 2024 18:54:00 | Mariner Finance, 8211 Town Center Dr., |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Nottingham, MD 21236-5904 |
| 5523638 | + EDI: NFCU.COM | Jan 25 2024 23:49:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5521793 | + EDI: NFCU.COM | Jan 25 2024 23:49:00 | Navy FCU, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5521792 | + EDI: NFCU.COM | Jan 25 2024 23:49:00 | Navy FCU, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 5526310 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 18:58:36 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536451 | + Email/Text: bankruptcy@purchasingpower.com | Jan 25 2024 18:54:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 5533227 | EDI: Q3G.COM | Jan 25 2024 23:49:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5528000 | EDI: Q3G.COM | Jan 25 2024 23:49:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5534397 | EDI: Q3G.COM | Jan 25 2024 23:49:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5521842 | + EDI: PRA.COM | Jan 25 2024 23:49:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5521796 | EDI: SYNC | Jan 25 2024 23:49:00 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521795 | EDI: SYNC | Jan 25 2024 23:49:00 | Synchrony Bank/Harbor, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521797 | EDI: SYNC | Jan 25 2024 23:49:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5521798 | + EDI: CITICORP | Jan 25 2024 23:49:00 | THD/CBNA, One Court Squre, Long Island City, NY 11120-0001 |
| 5521799 | + EDI: CITICORP | Jan 25 2024 23:49:00 | Tractor Supply, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5521801 | + Email/Text: BankruptcyNotice@upmc.edu | Jan 25 2024 18:54:00 | UPMC, 2 Hot Metal St., Dist Room 386, Pittsburgh, PA 15203-2348 |
| 5521802 | + EDI: WFFC2 | Jan 25 2024 23:49:00 | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5528999 | EDI: WFFC2 | Jan 25 2024 23:49:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Quantum3 Group LLC as agent for Mercury FinancialF |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5522561 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5529535 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5523639 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Douglas Richard Blecki, Jr. | on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Douglas P. Ruszcyk tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| | | | |
|---|---|---|---|
| Debtor 1 | Douglas P. Ruszcyk | Social Security number or ITIN | xxx–xx–1333 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Cynthia L. Ruszcyk | Social Security number or ITIN | xxx–xx–6763 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:23–bk–00311–MJC

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Douglas P. Ruszcyk
aka Douglas Paul Ruszcyk, aka Douglas
Ruszcyk

Cynthia L. Ruszcyk
aka Cynthia Lea Ruszcyk, aka Cynthia Ruszcyk

**By the court:**

1/25/24

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:23-bk-00311-MJC    Doc 66    Filed 01/27/24    Entered 01/28/24 00:21:45    Desc
Imaged Certificate of Notice    Page 6 of 6