United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                    Case No. 23-00311-MJC  
Douglas P. Ruszcyk                                                                                               Chapter 7  
Cynthia L. Ruszcyk  
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                 Page 1 of 4  
Date Rcvd: Jun 13, 2024                       Form ID: ntasset2                               Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas P. Ruszcyk, Cynthia L. Ruszcyk, 401 Marion Street, Forest City, PA 18421-1228 |
| 5521772 | ++++ | AMERISAVE MORTGAGE, 3525 PIEDMONT RD, 8 PIEDMONT CTR NE STE 600, ATLANTA GA 30305-1565 address filed with court:, Amerisave Mortgage, 3525 Piedmont Rd, NE 8 Piedmont Center, Suite 600, Atlanta, GA 30305 |
| 5521769 | | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept, APS, Oklahoma, OK 72118 |
| 5521774 | + | Beth Israel Deaconess Hospital - Plymout, 275 Sandwich Street, Plymouyh, MA 02360-2183 |
| 5521785 | + | Geisinger, Correspondence Address, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 5521794 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280601, Harrisburg, PA 17128-0601 |
| 5534397 | + | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, 22102 17th Ave. SE Suite 220, Bothell, WA 98021-7431 |
| 5521842 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5521800 | + | University of Pittsburg Physicians, 1400 Locust St., Suite D2-2100, Pittsburgh, PA 15219-5114 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:34 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcy@silvermanlegal.com | Jun 13 2024 18:52:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 18:59:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522560 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:35 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5535019 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521770 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2024 18:51:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5522757 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:31 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5526112 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2024 18:59:34 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5521771 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 18:59:33 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 5528653 | | Email/PDF: bncnotices@becket-lee.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 13 2024 18:59:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5521773 | + | Email/Text: bnc-aquafinance@quantum3group.com | Jun 13 2024 18:52:00 | Aqua Finance, Inc., P.O. Box 844, Wausau, WI 54402-0844 |
| 5521775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:39 | Brand Source/Citi CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5526352 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 18:59:27 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5522906 | + | Email/Text: BKPT@cfna.com | Jun 13 2024 18:51:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5521776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5525899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 18:59:32 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5534923 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5521777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 13 2024 18:53:00 | Credit Collection Service, P.O. Box 9134, Needham, MA 02494-9134 |
| 5521778 | + | Email/Text: BKPT@cfna.com | Jun 13 2024 18:51:00 | Credit First, 6275 Eastland Rd., Brook Park, OH 44142-1399 |
| 5521779 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 13 2024 18:52:00 | Credit Management Co., 2121 Noblestown Rd., P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5521780 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 18:59:23 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5521781 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover, P.O. Box 15156, Wilmington, DE 19886 |
| 5536250 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 13 2024 18:52:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5521789 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:34 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5522666 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 18:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5521782 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 13 2024 18:51:00 | FB&T/Mercury, 700 22nd Ave South, Brookings, SD 57006-2822 |
| 5521783 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 13 2024 18:52:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5523012 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 13 2024 18:52:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5521784 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 13 2024 18:51:00 | Freedom Plus, 4940 S. Wendler Dr., Ste. 115, Tempe, AZ 85282 |
| 5532090 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2024 18:52:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5521786 | | Email/Text: customerservice@hrac.us | Jun 13 2024 18:51:00 | HRAC, LLC, 600 Washington Ave., Suite 100, Towson, MD 21204 |
| 5527999 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 13 2024 18:51:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5521787 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 13 2024 18:53:00 | Indigo-Celtic Bank, Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5521788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 18:52:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5532853 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2024 18:59:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5521791 | | Email/Text: ml-ebn@missionlane.com | Jun 13 2024 18:51:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631-3535 |
| 5521790 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 13 2024 18:52:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5523638 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 13 2024 18:53:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5521793 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 13 2024 18:53:00 | Navy FCU, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5521792 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 13 2024 18:53:00 | Navy FCU, P.O. Box 3700, Merrifield, VA 22119-3700 |
| 5526310 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 18:59:40 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536451 | + | Email/Text: bankruptcy@purchasingpower.com | Jun 13 2024 18:52:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 5533227 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 18:52:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5528000 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2024 18:52:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5521842 | ^ | MEBN | Jun 13 2024 18:48:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5521796 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Synchrony Bank/HSN, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521795 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Synchrony Bank/Harbor, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5521797 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 18:59:37 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5521798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:24 | THD/CBNA, One Court Squre, Long Island City, NY 11120-0001 |
| 5521799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 18:59:27 | Tractor Supply, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5521801 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 13 2024 18:53:00 | UPMC, 2 Hot Metal St., Dist Room 386, Pittsburgh, PA 15203-2348 |
| 5521802 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:35 | WF/Bobs Discount Furniture, PO Box 14517, Des Moines, IA 50306-3517 |
| 5528999 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 18:59:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quantum3 Group LLC as agent for Mercury FinancialF |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5522561 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5529535 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5523639 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Jun 13, 2024 | Form ID: ntasset2 | Total Noticed: 61 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas Richard Blecki, Jr. | on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com |
| Jill E Durkin | on behalf of Trustee Jill E. Durkin jilldurkinesq@gmail.com  psheldon@sheilslaw.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Douglas P. Ruszcyk tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas P. Ruszcyk, <br> aka Douglas Paul Ruszcyk, aka Douglas Ruszcyk, | Chapter 7 |
| **Debtor 1** | Case No. 5:23−bk−00311−MJC |
| Cynthia L. Ruszcyk, <br> aka Cynthia Lea Ruszcyk, aka Cynthia Ruszcyk, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−1333    xxx−xx−6763

Employer's Tax I.D. No.:

## AMENDED NOTICE OF NEED TO FILE A PROOF OF CLAIM BY A GOVERNMENT UNIT DUE TO RECOVERY OF ASSETS

The Court's prior Notice of Need to File Proof of Claim Due to Recovery of Assets did not include the government bar date.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below.

Governmental units must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **September 12, 2024**

The bar date for all other creditors remains: **September 12, 2024**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2024 |

ntasset2(B204)(04/23)