# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS P RUSZCYK
CYNTHIA L RUSZCYK

CASE NO: 23-00311

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 11/13/2024, a copy of the following documents, described below,

Notice to Creditors and Parties in Interest on Motion to Sell

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jill E. Durkin, Chapter 7 Trustee
Durkin Law, LLC
401 Marshbrook Road
Factoryville, PA  18419

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00311<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WED NOV 13 7-22-0 PST 2024 | ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ALLY FINANCIAL CO AIS PORTFOLIO SERVICES<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | EXCLUDE<br>~~(U)AMERISAVE MORTGAGE CORPORATION~~ | NAVY FEDERAL CREDIT UNION<br>CO SILVERMAN THEOLOGOU LLP<br>11200 ROCKVILLE PIKE SUITE 520<br>N BETHESDA MD 20852-7105 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | EXCLUDE<br>~~(U)QUANTUM3 GROUP LLC AS AGENT FOR MERCURY FINA~~ | UNITED STATES TRUSTEE<br>US COURTHOUSE<br>1501 N 6TH ST<br>HARRISBURG PA 17102-1104 |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE PA 18701-1500~~ | ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | EXCLUDE<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ |
| ALLY FINANCIAL<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | ALLY FINANCIAL<br>CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA OK 72118 |
| ALLY FINANCIAL CO AIS PORTFOLIO SERVICES L<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | (P)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998-1535 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | USPS CHANGE<br>AMERISAVE MORTGAGE<br>3525 PIEDMONT RD<br>8 PIEDMONT CTR NE STE 600<br>ATLANTA GA 30305-1565 | AQUA FINANCE INC<br>PO BOX 844<br>WAUSAU WI 54402-0844 |
| BETH ISRAEL DEACONESS HOSPITAL PLYMOUT<br>275 SANDWICH STREET<br>PLYMOUYH MA 02360-2183 | BRAND SOURCECITI CBNA<br>5800 SOUTH CORPORATE PLACE<br>MAIL CODE 234<br>SIOUX FALLS SD 57108-5027 | CACH LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OHIO 44181-8011 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CREDIT COLLECTION SERVICE<br>PO BOX 9134<br>NEEDHAM MA 02494-9134 | CREDIT FIRST<br>6275 EASTLAND RD<br>BROOK PARK OH 44142-1399 |
| CREDIT MANAGEMENT CO<br>2121 NOBLESTOWN RD<br>PO BOX 16346<br>PITTSBURGH PA 15242-0346 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS NV 89193-8872 | (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FBTMERCURY<br>700 22ND AVE SOUTH<br>BROOKINGS SD 57006-2822 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 |
| ~~EXCLUDE~~<br>~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1620 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1593~~ | (P)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | GEISINGER<br>CORRESPONDENCE ADDRESS<br>PO BOX 9800<br>CORAL SPRINGS FL 33075-0800 |
| GEISINGER<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | (P)HRAC LLC AKA HAMPTON ROADS ACCEPTANCE COMPANY<br>600 WASHINGTON AVE SUITE 100<br>TOWSON MD 21204-1303 | ~~EXCLUDE~~<br>~~(D)(P)HRAC LLC AKA HAMPTON ROADS~~<br>~~ACCEPTANCE COMPANY~~<br>~~600 WASHINGTON AVE SUITE 100~~<br>~~TOWSON MD 21204-1303~~ |
| HARLEYDAVIDSON CREDIT CORP<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | INDIGOCELTIC BANK<br>BANKCARD SERVICES<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 |
| ~~EXCLUDE~~<br>~~(D)MARINER FINANCE LLC~~<br>~~8211 TOWN CENTER DRIVE~~<br>~~NOTTINGHAM MD 21236-5904~~ | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD VA 22119-3000 |
| NAVY FCU<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | NAVY FCU<br>PO BOX 3700<br>MERRIFIELD VA 22119-3700 | ~~EXCLUDE~~<br>~~(D)NAVY FEDERAL CREDIT UNION~~<br>~~PO BOX 3000~~<br>~~MERRIFIELD VA 22119-3000~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

PA DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
PO BOX 280601
HARRISBURG   PA  17128-0601

PINNACLE CREDIT SERVICES   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC  29603-0587

PURCHASING POWER   LLC
2727 PACES FERRY ROAD SE
BLDG2 STE 1200
ATLANTA   GA  30339-6143

QUANTUM3 GROUP LLC AS AGENT FOR
AQUA FINANCE INC
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND   WA   98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK   TRUST
12006 98TH AVE NE STE 200
KIRKLAND   WA  98034-4218

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT   LLC
PO BOX 41021
NORFOLK   VA  23541-1021

SYNCHRONY BANKHSN
ATTN   BANKRUPTCY DEPT
PO BOX 965064
ORLANDO   FL   32896-5064

SYNCHRONY BANKHARBOR
ATTN   BANKRUPTCY DEPT
PO BOX 965064
ORLANDO   FL   32896-5064

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO   FL  32896-5060

THDCBNA
ONE COURT SQURE
LONG ISLAND CITY   NY  11120-0001

TRACTOR SUPPLY
PO BOX 6497
SIOUX FALLS   SD  57117-6497

UPMC
2 HOT METAL ST
DIST ROOM 386
PITTSBURGH   PA  15203-2348

UNIVERSITY OF PITTSBURG PHYSICIANS
1400 LOCUST ST   SUITE D22100
PITTSBURGH   PA  15219-5114

WFBOBS DISCOUNT FURNITURE
PO BOX 14517
DES MOINES   IA  50306-3517

WELLS FARGO BANK   NA
PO BOX 10438   MAC F823502F
DES MOINES   IA  50306-0438

CYNTHIA L RUSZCYK
401 MARION STREET
FOREST CITY   PA  18421-1228

DEBTOR
DOUGLAS P RUSZCYK
401 MARION STREET
FOREST CITY   PA  18421-1228

~~EXCLUDE~~

~~(P)JILL E DURKIN~~
~~DURKIN LAW LLC~~
~~401 MARSHBROOK ROAD~~
~~FACTORYVILLE PA 18419-9533~~

(P)LAW OFFICE OF TULLIO DELUCA
381 N 9TH AVENUE
SCRANTON PA 18504-2005