IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Douglas P. Ruszcyk and
Cynthia L. Ruszcyk,

Debtors

Case No. 23-00311

Chapter 7

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO TRUSTEE'S MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS

The Chapter 7 Trustee, Jill E. Durkin, Esquire, hereby certifies that there has been no response or answer to the Trustee's Motion for Sale of Property Fee and Clear of Liens (Dkt. No.78) in the above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate Order.

Date: December 5, 2024

/s/Jill E. Durkin
Jill E. Durkin, Ch 7 Trustee
DURKIN LAW, LLC
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158
jilldurkinesq@gmail.com