United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00311-MJC |
| Douglas P. Ruszcyk | Chapter 7 |
| Cynthia L. Ruszcyk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 17, 2024 | Form ID: pdf010 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcy@silvermanlegal.com | Dec 17 2024 18:42:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5523638 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5521793 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | Navy FCU, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5521792 | + Email/Text: ext_ebn_inbox@navyfederal.org | Dec 17 2024 18:43:00 | Navy FCU, P.O. Box 3700, Merrifield, VA 22119-3700 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5523639 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas Richard Blecki, Jr. | on behalf of Plaintiff Navy Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com |
| Jill E Durkin | on behalf of Trustee Jill E. Durkin jilldurkinesq@gmail.com psheldon@sheilslaw.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor AmeriSave Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Douglas P. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Douglas P. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Defendant Cynthia L. Ruszcyk tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| DOUGLAS P. RUSZCYK and | : | |
| CYNTHIA L. RUSZCYK, | : | |
| Debtors | : | CASE NO. 5:23-BK-00311-MJC |
| JILL E. DURKIN, ESQUIRE, | : | |
| Chapter 7 Trustee, Movant | : | |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS P. RUSZCYK, | : | |
| CYNTHIA L. RUSZCYK, and | : | |
| NAVY FEDERAL CREDIT UNION, | : | |
| Respondents | : | |
| | : | |

**ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE AT PRIVATE SALE FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES AND CLAIMS**

**AND NOW,** upon consideration of the Trustee's Motion to Sell Personal Property of the Estate at Private Sale Free and Clear of All Liens, Encumbrances and Claims, Dkt. # 78 ("Motion"), after counsel's certification that proper notice was provided to all creditors and parties-in-interest entitled to notice, no responses having been filed thereto;

**AND,** after a hearing held on December 17, 2024;

**AND,** for the reasons stated on the record;

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

2. The Motion is **GRANTED** as to the free and clear sale of the 2019 Chevrolet Silverado 1500LD, VIN 2GCVKPEC8K1234799 ("Personal Property").

3. The Trustee is hereby authorized to sell the Personal Property of the estate via a private sale to Dawn Forbidussi for the sum of $22,000, and is further authorized to execute any and all documents to effectuate said sale.

4. The Motion is **DENIED** as to the Trustee's request for a 10% commission, plus storage and reasonable expenses.

5. The Motion is **FURTHER DENIED** as to the Trustee's request for an Order directing Navy Federal Credit Union to execute and forward the Certificate of Title in its possession and include the Trustee on the Transfer.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 17, 2024