UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DOUGLAS P. RUSZCYK AND : CHAPTER 7
 CYNTHIA L. RUSZCYK :
 : CASE NO. 5-23-00311
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JILL E. DURKIN :
CHAPTER 7  TRUSTEE :
     Movant, :
     vs. :
DOUGLAS P. RUSZCYK AND :
 CYNTHIA L. RUSZCYK :
     Respondent. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S ANSWER TO CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW Comes, Douglas and Cynthia Ruszcyk, the Debtor, and files an Answer to Chapter 7 Trustee's  Objection to claim of Exemption and states the following:

1. The exemption of assets claimed under 11 U.S.C. SECTION 522(d)(2) and 11 U.S.C. SECTION 522(d)(5) are proper as the Debtor's never requested or transferred the title to the 2019 Chevrolets Silverado out of their name. Under Section 522(d)(2), Debtors are allowed to take an exemption for a vehicle which they have ownership.

2. Debtors have properly exempted the above vehicle under 11 U.S.C. SECTION 522(d)(2) and  11 U.S.C. SECTION 522(d)(5).

4. There is no reasonable basis for Trustee's  objection to  exemptions rightfully taken by the Debtor pursuant to 11 U.S.C. SECTION 522(d)(2) and  11 U.S.C. SECTION 522(d)(5) .

5. There is no basis under the law to deny Debtor's exemptions.

WHEREFORE, the Debtor respectfully requests that this Court Overrule Chapter 7 Trustee's Objection to Claim of Exemption.

Respectfully submitted,

Date: March 18, 2025    /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| IN RE: | : | |
| DOUGLAS P. RUSZCYK AND | : | CHAPTER 7 |
| CYNTHIA L. RUSZCYK | : | |
| | : | CASE NO. 5-23-00311 |

**************************************************************************

| | |
|---|---|
| JILL E. DURKIN | : |
| CHAPTER 7 TRUSTEE | : |
|    Movant, | : |
|    vs. | : |
| DOUGLAS P. RUSZCYK AND | : |
| CYNTHIA L. RUSZCYK | : |
|    Respondent. | : |

**************************************************************************

**CERTIFICATE OF SERVICE**

**************************************************************************

The undersigned hereby certifies that on March 18, 2025, he caused a true and correct copy of Debtor's Answer to Chapter 7 Trustee's Objection to claim of Exemption to be served Via electronic filing on the following CM/ECF users at the following address:

   Jill E. Durkin, Esq. at jilldurkinesq@gmail.com


Dated: March 18, 2025                /s/Tullio DeLuca
                                                     Tullio DeLuca, Esquire