# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :    CHAPTER 7
DOUGLAS P. RUSZCYK and                    :
CYNTHIA L. RUSZCYK,                       :
      Debtors                             :    CASE NO. 5-23-00311-MJC
_____

JILL E. DURKIN, EQUIRE,                   :
      Chapter 7 Trustee, Movant           :
                                          :
v.                                        :
                                          :
DOUGLAS P. RUSZCYK,                       :
CYNTHIA L. RUSZCYK, and                   :
NAVY FEDERAL CREDIT UNION,                :
      Respondents                         :

## <u>REQUEST TO REMOVE MATTER FROM HEARING LIST</u>

     NOW COME, Jill E. Durkin, Chapter 7 Trustee and Tullio Deluca, Debtors' counsel, to hereby

request that the hearing scheduled for Thursday, June 5, 2025 at 10:00 a.m. be removed from the hearing

list.  The parties have come to a settlement agreement and a Stipulaiton and Motion to Approve

Stipulation will be filed.


                                    /s/  Jill S. Durkin
                                  Jill E. Durkin, Esquire
                                  Supreme Court ID # 88640
                                  Durkin Law, LLC
                                  401 Marshbrook Road
                                  Factoryville, PA 18419
                                  Telephone: (570) 881-4158
                                  jilldurkinesq@gmail.com


                                  /s/ Tullio DeLuca
                                  Tullio DeLuca, Esquire
                                  381 N. 9th Avenue
                                  Scranton, PA 18504
                                  Telephone: 570-347-7764
                                  Email:    tullio.deluca@verizon.net