

January 22, 2026

US Bankruptcy Court of Middle District of Pennsylvania

Re: Withdrawal of Claim #37 for case# 23-00311

To Whom It May Concern:

I am requesting that case# 23-00311 (claim #37) filed for Douglas Ruszcyk be withdrawn, it was filed in error. If you have any further questions regarding this matter, please feel free to contact me at 1-877-888-0844.

Sincerely

/s/Maritza Diaz

Account Representative BK13 Agency & Supporting Services

diazmaritza@cfna.com