**UNITED STATES BANKRUPTCY COURT**

**FOR THE UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**          **Case No.:** 5:2023BK00311

**Creditor**: HRAC, LLC          **Chapter:** Chapter 7

**Debtor**: Douglas Rusczyk

**WITHDRAWAL OF PROOF OF CLAIM**

HRAC, LLC the undersigned creditor, hereby withdraws the following Proof of Claim filed in the above-captioned bankruptcy proceeding:

- **Date Filed:** 3/02/2023
- **Amount of Claim:** $4,475.40

**Reason for Withdrawal:**

This Proof of Claim is being withdrawn because it is a **duplicate**, the first of which remains active on the court's claims register.

**Creditor Information:**

HRAC, LLC
600 Washington Ave, Suite 100
Towson, MD 21204

**SIGNATURE**

Dated: 2/16/2026

By: _____

Name: Gregg Edwards

Title: Vice President of Operations