**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re: Douglas P. Ruszcyk        §   Case No. 23-00311
      Cynthia L. Ruszcyk         §
                                            §
                                            §

             Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 02/13/2023. The case was converted to one under Chapter 7 on 10/20/2023. The undersigned trustee was appointed on 10/20/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $        22,000.00

         Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,081.88 |
| Bank service fees | 378.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,936.54 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 17,603.50 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**
Case 5:23-bk-00311-MJC   Doc 108   Filed 05/15/26   Entered 05/15/26 09:50:04   Desc
Main Document     Page 1 of 19

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/12/2024 and the deadline for filing governmental claims was 08/12/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,756.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,756.35, for a total compensation of $2,756.35[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $139.49 for total expenses of $139.49[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2026            By: /s/ Jill E. Durkin
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-00311

**Case Name:** Douglas P. Ruszcyk
Cynthia L. Ruszcyk

**For Period Ending:** 03/31/2026

**Trustee Name:** (580250) Jill E. Durkin

**Date Filed (f) or Converted (c):** 10/20/2023 (c)

**§ 341(a) Meeting Date:** 11/16/2023

**Claims Bar Date:** 09/12/2024

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Formally Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 401 Marion Street, Forest City, PA <br> Asset amended per doc 18 | 131,055.00 | 115,177.00 | | 0.00 | FA |
| 2 | Nissan Rogue 2019 | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 3 | Toyota Sierra 2016 | 17,100.00 | 17,100.00 | | 0.00 | FA |
| 4 | Chevy Silverado 2019 <br> Order to sell Per doc 85 <br> amount amended per amended scheduled Doc. 87 | 22,000.00 | 38,000.00 | | 22,000.00 | FA |
| 5 | Harley Davidson Electric 2013 | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 6 | Travel Trailer 2021 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | Household goods and furnishings | 4,750.00 | 1,000.00 | | 0.00 | FA |
| 8 | Books, pictures and CD's | 175.00 | 0.00 | | 0.00 | FA |
| 9 | 45 pmm Berta 45 1811 | 1,600.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing | 1,150.00 | 0.00 | | 0.00 | FA |
| 11 | Various Jewelry; Ring Watch | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 1 Cat | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Checking account Navy FCU | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Savings account Navy FCU | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Employer sponsored life insurane Face value $150,000.00 No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$213,330.00** | **$205,277.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2024

**Current Projected Date Of Final Report (TFR):** 03/31/2026 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

**Exhibit B**

Page: 1

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 23-00311 | |
| **Case Name:** | Douglas P. Ruszcyk | |
| | Cynthia L. Ruszcyk | |
| **Taxpayer ID #:** | **-***2224 | |
| **For Period Ending:** | 03/31/2026 | |

| | |
|---|---|
| **Trustee Name:** | Jill E. Durkin (580250) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0077 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/25 | {4} | Jeffrey T. and Dawn M. Forbidussi | Proceeds from sale of truck | 1129-000 | 22,000.00 | | 22,000.00 |
| 04/29/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2179 | Transition Debit to Western Alliance Bank acct XXXXXX2179 | 9999-000 | | 22,000.00 | 0.00 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| COLUMN TOTALS | 22,000.00 | 22,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 22,000.00 | |
| Subtotal | 22,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $22,000.00 | $0.00 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

| Case No.: | 23-00311 | | Trustee Name: | Jill E. Durkin (580250) |
| --- | --- | --- | --- | --- |
| Case Name: | Douglas P. Ruszcyk | | Bank Name: | Western Alliance Bank |
| | Cynthia L. Ruszczyk | | Account #: | ******2179 Checking Account |
| Taxpayer ID #: | **-***2224 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2026 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/25 | | Transfer Credit from East West Bank acct XXXXXX0077 | Transition Credit from East West Bank acct XXXXXX0077 | 9999-000 | 22,000.00 | | 22,000.00 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.73 | 21,968.27 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 35.20 | 21,933.07 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 33.97 | 21,899.10 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 38.61 | 21,860.49 |
| 08/29/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 33.86 | 21,826.63 |
| 09/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 37.31 | 21,789.32 |
| 10/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 36.08 | 21,753.24 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.37 | 21,721.87 |
| 12/19/25 | 10001 | Durkin Law, LLC | Per Order Dkt 103 Dated 12/11/2025 | | | 2,066.12 | 19,655.75 |
| | | Jill E. Durkin | Attorney Fees $1,745.50 | 3110-000 | | | |
| | | Jill E. Durkin | Attorney Expenses $320.62 | 3120-000 | | | |
| 12/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 39.23 | 19,616.52 |
| 01/27/26 | 10002 | International Sureties, LTD | Bond #612419177 | 2300-000 | | 15.76 | 19,600.76 |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.44 | 19,569.32 |
| 02/17/26 | 10003 | Douglas P. Ruszcyk, Cynthia L. Ruszcyk | Exemption, per order dkt 98 | 8100-002 | | 1,936.54 | 17,632.78 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 29.28 | 17,603.50 |

| | | | | |
| --- | --- | --- | --- | --- |
| COLUMN TOTALS | | 22,000.00 | 4,396.50 | $17,603.50 |
| Less: Bank Transfers/CDs | | 22,000.00 | 0.00 | |
| Subtotal | | 0.00 | 4,396.50 | |
| Less: Payments to Debtors | | | 1,936.54 | |
| NET Receipts / Disbursements | | $0.00 | $2,459.96 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 23-00311

**Case Name:** Douglas P. Ruszcyk
Cynthia L. Ruszcyk

**Taxpayer ID #:** **-***2224

**For Period Ending:** 03/31/2026

**Trustee Name:** Jill E. Durkin (580250)

**Bank Name:** Western Alliance Bank

**Account #:** ******2179 Checking Account

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0077 Checking | $22,000.00 | $0.00 | $0.00 |
| ******2179 Checking Account | $0.00 | $2,459.96 | $17,603.50 |
| | **$22,000.00** | **$2,459.96** | **$17,603.50** |

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| Exemption | Douglas P. Ruszcyk, Cynthia L. Ruszcyk<br>401 Marion Street<br>Forest City, PA 18421<br><8100-000 Exemptions><br>, 100 | Secured<br>02/17/26 | | $1,936.54<br>$1,936.54 | $1,936.54 | $0.00 |
| | Per Stipulation, Doc. 98<br>Trustee shall pay Debtors $1,968.27 (minus the May bank fee of approximately $31.73) | | | | | |
| 6S | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>02/23/23 | | $8,040.00<br>$0.00 | $0.00 | $0.00 |
| | Asset not administered; Claims paid pursuant to Section 724(b) of the Bankruptcy Code. | | | | | |
| 18S | Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236<br><4120-000 Real Estate - Non-consensual Liens (judgments)><br>, 100 | Secured<br>03/24/23 | | $4,750.00<br>$0.00 | $0.00 | $0.00 |
| | Asset not administered; Claims paid pursuant to Section 724(b) of the Bankruptcy Code. | | | | | |
| 31 | Ally Bank c/o AIS Portfolio Services, LLC<br>P.O. Box 78367<br>Phoenix, AZ 85062<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>04/17/23 | | $22,348.40<br>$0.00 | $0.00 | $0.00 |
| | Asset not administered; Claims paid pursuant to Section 724(b) of the Bankruptcy Code. | | | | | |
| 32 | Ally Bank c/o AIS Portfolio Services, LLC<br>P.O. Box 78367<br>Phoenix, AZ 85062<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>04/19/23 | | $25,392.49<br>$0.00 | $0.00 | $0.00 |
| | Asset not administered; Claims paid pursuant to Section 724(b) of the Bankruptcy Code. | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 33 | AmeriSave Mortgage Corporation<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047<br><4110-000 Real Estate - Consensual Liens<br>(mortgages, deeds of trust)><br>, 100 | Secured<br><br>04/21/23 | | $114,777.65<br><br>$0.00 | $0.00 | $0.00 |
| | Asset not administered; Claims paid pursuant to Section 724(b) of the Bankruptcy Code. | | | | | |
| AE | Jill E. Durkin<br>401 Marshbrook Road<br>Factoryville, PA 18419<br><3120-000 Attorney for Trustee Expenses<br>(Trustee Firm)><br>, 200 | Administrative<br><br>11/12/25 | | $320.62<br><br>$320.62 | $320.62 | $0.00 |
| | per order dkt 103 | | | | | |
| Atty Fee | Jill E. Durkin<br>401 Marshbrook Road<br>Factoryville, PA 18419<br><3110-000 Attorney for Trustee Fees (Trustee<br>Firm)><br>, 200 | Administrative<br><br>11/12/25 | | $1,745.50<br><br>$1,745.50 | $1,745.50 | $0.00 |
| | Per order dkt 103 | | | | | |
| FEE | Jill E. Durkin<br>401 Marshbrook Road<br>Factoryville, PA 18419<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br><br>02/17/26 | | $2,756.35<br><br>$2,756.35 | $0.00 | $2,756.35 |
| | Order to employ, Doc. #69<br>Fee app filed Doc. 99 | | | | | |
| TE | Jill E. Durkin<br>401 Marshbrook Road<br>Factoryville, PA 18419<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br><br>11/20/25 | | $139.49<br><br>$139.49 | $0.00 | $139.49 |
| 35P | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - §<br>507(a)(8)><br>, 570 | Priority<br><br>05/09/23 | | $7,004.78<br><br>$7,004.78 | $0.00 | $7,004.78 |
| | valid | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Analysis of Claims Register**

**Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk**

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/17/23 | | $580.55<br>$580.55 | $0.00 | $580.55 |
| 2 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-0811<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/20/23 | | $2,124.01<br>$2,124.01 | $0.00 | $2,124.01 |
| 3 | First National Bank of Omaha<br>1620 Dodge Street, op Code<br>Omaha, NE 68197<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/21/23 | | $837.99<br>$837.99 | $0.00 | $837.99 |
| 4 | NAVY FEDERAL CREDIT UNION<br>P. 0. BOX 3000<br>MERRIFIELD, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/23/23 | | $7,516.04<br>$7,516.04 | $0.00 | $7,516.04 |
| 5 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/23/23 | | $46,436.12<br>$46,436.12 | $0.00 | $46,436.12 |
| 6U | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>02/23/23 | | $3,956.70<br>$3,956.70 | $0.00 | $3,956.70 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

**Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk**

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | HRAC, LLC<br>600 Washington Ave.<br>Suite 100<br>Towson, MD 21204<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>03/02/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Doc. #106 \| 02/16/2026 \| Withdrawal of Claim Nos. 7 (HRAC, LLC) Filer states that no LBR 3006-1 factors are implicated. (webclaimusr)<br>-----------------------------------------------------------------------------------------------------------------------------------------<br>Claim duplicate to Claim #36 | | | | | |
| 8 | Capital One N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>valid | Unsecured<br>03/07/23 | | $3,028.83<br>$3,028.83 | $0.00 | $3,028.83 |
| 9 | Ally Financial c/o AIS Portfolio Services, LLC<br>P.O. Box 78367<br>Phoenix, AZ 85062<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>valid | Unsecured<br>03/07/23 | | $6,333.83<br>$6,333.83 | $0.00 | $6,333.83 |
| 10 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>valid | Unsecured<br>03/08/23 | | $1,227.52<br>$1,227.52 | $0.00 | $1,227.52 |
| 11 | CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>valid | Unsecured<br>03/08/23 | | $3,879.88<br>$3,879.88 | $0.00 | $3,879.88 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Harley-Davidson Credit Corp. Dept 15129 Palatine, IL 60055-5129 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/16/23 | | $9,539.19 $9,539.19 | $0.00 | $9,539.19 |
| 13 | Quantum3 Group LLC as agent for PO Box 2489 Kirkland, WA 98083-2489 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/16/23 | | $387.93 $387.93 | $0.00 | $387.93 |
| 14 | Capital One N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/21/23 | | $566.69 $566.69 | $0.00 | $566.69 |
| 15 | Capital One N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/21/23 | | $889.27 $889.27 | $0.00 | $889.27 |
| 16 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/21/23 | | $1,295.36 $1,295.36 | $0.00 | $1,295.36 |
| 17 | Wells Fargo Bank, N.A. PO Box 14487 Des Moines,  50309 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/22/23 | | $1,487.81 $1,487.81 | $0.00 | $1,487.81 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18U | Mariner Finance, LLC 8211 Town Center Drive Nottingham, MD 21236 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 03/24/23 | | $4,347.62 $4,347.62 | $0.00 | $4,347.62 |
| 19 | Geisinger PO Box 1123 Minneapolis, MN 55440-1123 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/03/23 | | $738.96 $738.96 | $0.00 | $738.96 |
| 20 | Geisinger PO Box 1123 Minneapolis, MN 55440-1123 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/03/23 | | $743.32 $743.32 | $0.00 | $743.32 |
| 21 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/06/23 | | $1,118.12 $1,118.12 | $0.00 | $1,118.12 |
| 22 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/06/23 | | $225.53 $225.53 | $0.00 | $225.53 |
| 23 | LVNV Funding, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/06/23 | | $1,551.35 $1,551.35 | $0.00 | $1,551.35 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 24 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>04/10/23 | | $11,766.97<br>$11,766.97 | $0.00 | $11,766.97 |
| 25 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>04/13/23 | | $1,988.41<br>$1,988.41 | $0.00 | $1,988.41 |
| 26 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>04/13/23 | | $1,260.49<br>$1,260.49 | $0.00 | $1,260.49 |
| 27 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>claim withdrawn 11/29/23 | Unsecured<br>04/14/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 28 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>04/17/23 | | $1,723.55<br>$1,723.55 | $0.00 | $1,723.55 |
| 29 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>valid | Unsecured<br>04/17/23 | | $436.33<br>$436.33 | $0.00 | $436.33 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 30 | Citibank, N.A. 6716 Grade Ln Blg 9 Ste 910-PY DEPT Louisville, KY 40213-3439 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/17/23 | | $1,112.67 $1,112.67 | $0.00 | $1,112.67 |
| 34 | Purchasing Power, LLC P.O. Box 745857 Atlanta, GA 30374 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 04/24/23 | | $589.86 $589.86 | $0.00 | $589.86 |
| 35 Pen | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 <7300-000 Fines, Penalties - § 726(a)(4)> , 630 valid - penalty portion | Unsecured 05/09/23 | | $2,594.00 $2,594.00 | $0.00 | $2,594.00 |
| 35U | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 05/09/23 | | $6,975.00 $6,975.00 | $0.00 | $6,975.00 |
| 36 | HRAC,LLC aka Hampton Roads Acceptance Company 600 Washington Ave Suite 100 Towson, MD 21204-2120 <7100-000 General Unsecured - § 726(a)(2)> , 610 valid | Unsecured 06/16/24 | | $4,476.00 $4,476.00 | $0.00 | $4,476.00 |
| 37 | CREDIT FIRST NA PO BOX 818011 CLEVELAND, OH 44181-0811 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 06/17/24 | | $0.00 $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 23-00311 Douglas P. Ruszcyk AND Cynthia L. Ruszcyk

Claims Bar Date: 09/12/24

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Doc. #105 | 02/05/2026 | Withdrawal of Claim 37. Filed in Error. Filed by Credit First National Association (Price, Lyndsey) | | | | | |
| Claim duplicate to claim #2 | | | | | | |

| | | | | Case Total: | $4,002.66 | $141,636.52 |
|---|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-00311
Case Name:  Douglas P. Ruszcyk AND
      Cynthia L. Ruszcyk
Trustee Name: Jill E. Durkin

**Balance on hand:**  $   17,603.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Navy Federal Credit Union | 8,040.00 | 0.00 | 0.00 | 0.00 |
| 18S | Mariner Finance, LLC | 4,750.00 | 0.00 | 0.00 | 0.00 |
| 31 | Ally Bank c/o AIS Portfolio Services, LLC | 22,348.40 | 0.00 | 0.00 | 0.00 |
| 32 | Ally Bank c/o AIS Portfolio Services, LLC | 25,392.49 | 0.00 | 0.00 | 0.00 |
| 33 | AmeriSave Mortgage Corporation | 114,777.65 | 0.00 | 0.00 | 0.00 |
| Exemption | Douglas P. Ruszcyk, Cynthia L. Ruszcyk | 1,936.54 | 1,936.54 | 1,936.54 | 0.00 |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   17,603.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jill E.  Durkin | 2,756.35 | 0.00 | 2,756.35 |
| Trustee, Expenses - Jill E.  Durkin | 139.49 | 0.00 | 139.49 |
| Attorney for Trustee Fees - Jill E.  Durkin | 1,745.50 | 1,745.50 | 0.00 |
| Attorney for Trustee, Expenses - Jill E.  Durkin | 320.62 | 320.62 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $   2,895.84
Remaining balance:  $   14,707.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   14,707.66

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,004.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 35P | Internal Revenue Service | 7,004.78 | 0.00 | 7,004.78 |

Total to be paid for priority claims: $ 7,004.78
Remaining balance: $ 7,702.88

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $129,141.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 580.55 | 0.00 | 34.64 |
| 2 | CREDIT FIRST NA | 2,124.01 | 0.00 | 126.69 |
| 3 | First National Bank of Omaha | 837.99 | 0.00 | 49.98 |
| 4 | NAVY FEDERAL CREDIT UNION | 7,516.04 | 0.00 | 448.31 |
| 5 | Navy Federal Credit Union | 46,436.12 | 0.00 | 2,769.76 |
| 6U | Navy Federal Credit Union | 3,956.70 | 0.00 | 236.00 |
| 7 | HRAC, LLC | 0.00 | 0.00 | 0.00 |
| 8 | Capital One N.A. | 3,028.83 | 0.00 | 180.66 |
| 9 | Ally Financial c/o AIS Portfolio Services, LLC | 6,333.83 | 0.00 | 377.79 |
| 10 | Pinnacle Credit Services, LLC | 1,227.52 | 0.00 | 73.22 |
| 11 | CACH, LLC | 3,879.88 | 0.00 | 231.42 |
| 12 | Harley-Davidson Credit Corp. | 9,539.19 | 0.00 | 568.98 |
| 13 | Quantum3 Group LLC as agent for | 387.93 | 0.00 | 23.14 |
| 14 | Capital One N.A. | 566.69 | 0.00 | 33.80 |
| 15 | Capital One N.A. | 889.27 | 0.00 | 53.04 |
| 16 | American Express National Bank | 1,295.36 | 0.00 | 77.26 |
| 17 | Wells Fargo Bank, N.A. | 1,487.81 | 0.00 | 88.74 |
| 18U | Mariner Finance, LLC | 4,347.62 | 0.00 | 259.32 |
| 19 | Geisinger | 738.96 | 0.00 | 44.08 |
| 20 | Geisinger | 743.32 | 0.00 | 44.34 |
| 21 | LVNV Funding, LLC | 1,118.12 | 0.00 | 66.69 |
| 22 | LVNV Funding, LLC | 225.53 | 0.00 | 13.45 |
| 23 | LVNV Funding, LLC | 1,551.35 | 0.00 | 92.53 |
| 24 | Quantum3 Group LLC as agent for | 11,766.97 | 0.00 | 701.86 |
| 25 | LVNV Funding, LLC | 1,988.41 | 0.00 | 118.60 |
| 26 | LVNV Funding, LLC | 1,260.49 | 0.00 | 75.18 |
| 27 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 28 | Citibank, N.A. | 1,723.55 | 0.00 | 102.80 |
| 29 | Citibank, N.A. | 436.33 | 0.00 | 26.03 |
| 30 | Citibank, N.A. | 1,112.67 | 0.00 | 66.37 |
| 34 | Purchasing Power, LLC | 589.86 | 0.00 | 35.18 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 35U | Internal Revenue Service | 6,975.00 | 0.00 | 416.04 |
| 36 | HRAC,LLC aka Hampton Roads Acceptance Company | 4,476.00 | 0.00 | 266.98 |
| 37 | CREDIT FIRST NA | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 7,702.88
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,594.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 35 Pen | Internal Revenue Service | 2,594.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**