UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Ruszcyk, Douglas P.
Ruszcyk, Cynthia L.

Case No. 23-00311

Debtor(s)

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1.      Applicant was appointed trustee of this bankruptcy estate on 10/20/2023.

2.      Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3.      Applicant requests compensation in the amount of $2,756.35 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4.      Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5.      Applicant requests reimbursement in the amount of $139.49 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6.      COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $20,063.46.  Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 1,506.35 |
| 5% on next | $ 950,000 | = | $ 0.00 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 2,756.35 |

7.      TRUSTEE EXPENSES ITEMIZATION

Description of Expense                                              Amount of Expense

| | |
|---|---|
| Travel | $ 0.00 |
| Copies | $ 43.05 |

| | | |
|---|---|---|
| Postage | $ | 63.48 |
| Telephone | $ | 0.00 |
| Clerical | $ | 0.00 |
| Paralegal | $ | 0.00 |
| Supplies | $ | 0.00 |
| Distribution Expenses | $ | 32.96 |
| Professional Expenses | $ | 0.00 |
| Other | $ | 0.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $2,756.35 and reimbursement of expenses in the amount of $139.49.

Dated:   3/31/2026                         /s/ Jill E. Durkin
                                                     Jill E. Durkin
                                                     Trustee

# Trustee Timesheet Report
## Trustee: Jill E. Durkin (580250)
## Period: 10/20/23 - 03/31/26

**Case Number:** 23-00311  **Case Name:** DOUGLAS P. RUSZCYK AND CYNT...

**Case Type:** Asset  **Judge:** MARK J CONWAY

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 10/20/23 | | Review of Debtor's bankruptcy petition and schedules | 0.50 | -- |
| 11/16/23 | | Conduct 341 meeting of creditors | 0.40 | -- |
| 11/30/23 | | File Trustee's Initial Report | 0.10 | -- |
| 12/18/23 | | Trustee Certification of Services Rendered | 0.10 | -- |
| 01/02/24 | | Reaffirmation Agreement between Debtor and Ally Bank | 0.10 | -- |
| 02/15/24 | | Review status and update file | 0.30 | -- |
| 02/21/24 | | Order Granting Application to Employ Jill E Durkin | 0.10 | -- |
| 05/15/24 | | Review status and update file | 0.30 | -- |
| 06/12/24 | | Fil Notice of change to asset case. | 0.10 | -- |
| 06/12/24 | | File Notice setting claims bar date. | 0.10 | -- |
| 08/15/24 | | Review status and update file | 0.30 | -- |
| 11/12/24 | | Rev. Order setting Response Deadline and Hearing Date and calendar same. | 0.10 | -- |
| 11/13/24 | | Serve Notice of Sale of Property | 0.20 | -- |
| 11/15/24 | | Review status and update file | 0.30 | -- |
| 11/24/24 | | Outlline, draft and File Motion for Sale of Property | 0.80 | -- |
| 12/05/24 | | Rev. Entry of Appearance of Mario Hanyon | 0.10 | -- |

# Trustee Timesheet Report
## Trustee: Jill E. Durkin (580250)
## Period: 10/20/23 - 03/31/26

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 12/05/24 | | Rev. Entry of Appearance of Mario Hanyon | 0.10 | -- |
| 02/14/25 | | Review status and update file | 0.30 | -- |
| 03/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 03/31/25 | | Open Bank Account | 0.20 | -- |
| 03/31/25 | | Received check; made deposit | 0.30 | -- |
| 04/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 05/09/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 05/14/25 | | Review status and update file | 0.30 | -- |
| 06/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 06/30/25 | | Review case for TIR | 0.30 | -- |
| 07/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 08/11/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 08/15/25 | | Review status and update file | 0.30 | -- |
| 09/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 11/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 11/14/25 | | Review status and update file | 0.30 | -- |
| 11/20/25 | | request court costs | 0.10 | -- |
| 12/10/25 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 12/19/25 | | Review filed order to pay attorney; create and print checks | 0.20 | -- |
| 01/12/26 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 01/27/26 | | calculate bond payment' generate, print and mail bond check | 0.30 | -- |

# Trustee Timesheet Report
## Trustee: Jill E. Durkin (580250)
## Period: 10/20/23 - 03/31/26

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 02/05/26 | | review withdrawal of claim 37, update memos | 0.20 | -- |
| 02/10/26 | | Review and Reconcile Bank Statement | 0.20 | -- |
| 02/16/26 | | Review status and update file | 0.30 | -- |
| 02/16/26 | | Review withdrawal of claim 7; update memos | 0.20 | -- |
| 02/17/26 | | prepare, generate and mail debtor exemption check | 0.30 | -- |
| 03/04/26 | | Review claims register | 0.30 | -- |
| 03/30/26 | | Conference with legal assistant re: TFR and outline same | 0.20 | -- |
| 03/31/26 | | review proposed distribution | 0.20 | -- |
| 03/31/26 | | Review Trustee time entires | 0.20 | -- |
| 03/31/26 | | Review Forms 1 and 2 | 0.20 | -- |
| 03/31/26 | | Review final TFR and supporting documents | 0.40 | -- |
| | | **Total for case:** | **11.30** | **--** |
| | | **Grand Total:** | **11.30** | **--** |