# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS P. RUSZCYK

CYNTHIA L. RUSZCYK

                    Debtors

Case No. 23-00311-MJC

Chapter 7

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO
## <u>CHAPTER 7 TRUSTEE 'S FINAL REPORT</u>

The Chapter 7 Trustee, Jill E. Durkin, Esquire, hereby certifies that there has been no response or answer to the Chapter 7 Trustee's Final Report (Dkt. No. 108) in the above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate Order.

Date: <u>June 16, 2026</u>

*/s/Jill E. Durkin*
Jill E. Durkin, Ch 7 Trustee
DURKIN LAW, LLC
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158
jilldurkinesq@gmail.com