**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Douglas P. Ruszcyk<br>Cynthia L. Ruszcyk<br><br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 23-00311 |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jill E. Durkin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>***(without deducting any secured claims)*** | $191,330.00 | Assets Exempt: | $62,128.00 |
| Total Distributions to Claimants: | $14,707.66 | Claims Discharged Without Payment: | $146,280.43 |
| Total Expenses of Administration: | $5,355.80 | | |

3) Total gross receipts of $22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,936.54 (see **Exhibit 2**), yielded net receipts of $20,063.46 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $218,529.00 | $175,308.54 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,355.80 | $5,355.80 | $5,355.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $8,693.00 | $7,004.78 | $7,004.78 | $7,004.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $68,253.41 | $131,735.90 | $131,735.90 | $7,702.88 |
| **TOTAL DISBURSEMENTS** | $295,475.41 | $319,405.02 | $144,096.48 | $20,063.46 |

4) This case was originally filed under chapter 13 on 02/13/2023, and it was converted to chapter 7 on 10/20/2023. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2026

By: /s/ Jill E. Durkin
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chevy Silverado 2019 | 1129-000 | $22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Douglas P. Ruszcyk, Cynthia L. Ruszcyk | Exemption, per order dkt 98 | 8100-002 | $1,936.54 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,936.54** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Navy Federal Credit Union | 4210-000 | $11,901.00 | $8,040.00 | $0.00 | $0.00 |
| 18S | Mariner Finance, LLC | 4120-000 | $9,000.00 | $4,750.00 | $0.00 | $0.00 |
| 31 | Ally Bank c/o AIS Portfolio Services, LLC | 4210-000 | $17,000.00 | $22,348.40 | $0.00 | $0.00 |
| 32 | Ally Bank c/o AIS Portfolio Services, LLC | 4210-000 | $18,000.00 | $25,392.49 | $0.00 | $0.00 |
| 33 | AmeriSave Mortgage Corporation | 4110-000 | $115,177.00 | $114,777.65 | $0.00 | $0.00 |
| N/F | Navy FCU | 4210-000 | $46,000.00 | NA | NA | NA |
| N/F | WF/Bobs Discount Furniture | 4210-000 | $1,451.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$218,529.00** | **$175,308.54** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill E. Durkin | 2100-000 | NA | $2,756.35 | $2,756.35 | $2,756.35 |
| Trustee, Expenses - Jill E. Durkin | 2200-000 | NA | $139.49 | $139.49 | $139.49 |
| Attorney for Trustee Fees - Jill E. Durkin | 3110-000 | NA | $1,745.50 | $1,745.50 | $1,745.50 |
| Attorney for Trustee, Expenses - Jill E. Durkin | 3120-000 | NA | $320.62 | $320.62 | $320.62 |
| Bond Payments - BOND | 2300-000 | NA | $15.76 | $15.76 | $15.76 |
| Bank Service Fees - Western Alliance Bank | 2600-000 | NA | $378.08 | $378.08 | $378.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,355.80** | **$5,355.80** | **$5,355.80** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 35P | Internal Revenue Service | 5800-000 | $4,754.00 | $7,004.78 | $7,004.78 | $7,004.78 |
| N/F | Internal Revenue Service | 5800-000 | $1,408.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | $1,531.00 | NA | NA | NA |
| N/F | PA Department of Revenue | 5800-000 | $500.00 | NA | NA | NA |
| N/F | PA Department of Revenue | 5800-000 | $500.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$8,693.00** | **$7,004.78** | **$7,004.78** | **$7,004.78** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $580.00 | $580.55 | $580.55 | $34.64 |
| 2 | CREDIT FIRST NA | 7100-000 | $2,124.00 | $2,124.01 | $2,124.01 | $126.69 |
| 3 | First National Bank of Omaha | 7100-000 | $837.00 | $837.99 | $837.99 | $49.98 |
| 4 | NAVY FEDERAL CREDIT UNION | 7100-000 | $7,516.00 | $7,516.04 | $7,516.04 | $448.31 |
| 5 | Navy Federal Credit Union | 7100-000 | $0.00 | $46,436.12 | $46,436.12 | $2,769.76 |
| 6U | Navy Federal Credit Union | 7100-000 | $0.00 | $3,956.70 | $3,956.70 | $236.00 |
| 7 | HRAC, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Capital One N.A. | 7100-000 | $2,921.00 | $3,028.83 | $3,028.83 | $180.66 |
| 9 | Ally Financial c/o AIS Portfolio Services, LLC | 7100-000 | $0.00 | $6,333.83 | $6,333.83 | $377.79 |
| 10 | Pinnacle Credit Services, LLC | 7100-000 | $0.00 | $1,227.52 | $1,227.52 | $73.22 |
| 11 | CACH, LLC | 7100-000 | $0.00 | $3,879.88 | $3,879.88 | $231.42 |
| 12 | Harley-Davidson Credit Corp. | 7100-000 | $0.00 | $9,539.19 | $9,539.19 | $568.98 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | $387.00 | $387.93 | $387.93 | $23.14 |
| 14 | Capital One N.A. | 7100-000 | $517.00 | $566.69 | $566.69 | $33.80 |
| 15 | Capital One N.A. | 7100-000 | $831.00 | $889.27 | $889.27 | $53.04 |
| 16 | American Express National Bank | 7100-000 | $1,230.00 | $1,295.36 | $1,295.36 | $77.26 |
| 17 | Wells Fargo Bank, N.A. | 7100-000 | NA | $1,487.81 | $1,487.81 | $88.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18U | Mariner Finance, LLC | 7100-000 | $0.00 | $4,347.62 | $4,347.62 | $259.32 |
| 19 | Geisinger | 7100-000 | $0.00 | $738.96 | $738.96 | $44.08 |
| 20 | Geisinger | 7100-000 | $7.00 | $743.32 | $743.32 | $44.34 |
| 21 | LVNV Funding, LLC | 7100-000 | $1,077.00 | $1,118.12 | $1,118.12 | $66.69 |
| 22 | LVNV Funding, LLC | 7100-000 | $179.00 | $225.53 | $225.53 | $13.45 |
| 23 | LVNV Funding, LLC | 7100-000 | $1,551.00 | $1,551.35 | $1,551.35 | $92.53 |
| 24 | Quantum3 Group LLC as agent for | 7100-000 | $13,000.00 | $11,766.97 | $11,766.97 | $701.86 |
| 25 | LVNV Funding, LLC | 7100-000 | $1,898.00 | $1,988.41 | $1,988.41 | $118.60 |
| 26 | LVNV Funding, LLC | 7100-000 | $1,193.00 | $1,260.49 | $1,260.49 | $75.18 |
| 27 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Citibank, N.A. | 7100-000 | $1,723.00 | $1,723.55 | $1,723.55 | $102.80 |
| 29 | Citibank, N.A. | 7100-000 | $386.00 | $436.33 | $436.33 | $26.03 |
| 30 | Citibank, N.A. | 7100-000 | $1,049.00 | $1,112.67 | $1,112.67 | $66.37 |
| 34 | Purchasing Power, LLC | 7100-000 | $0.00 | $589.86 | $589.86 | $35.18 |
| 35 Pen | Internal Revenue Service | 7300-000 | $0.00 | $2,594.00 | $2,594.00 | $0.00 |
| 35U | Internal Revenue Service | 7100-000 | $0.00 | $6,975.00 | $6,975.00 | $416.04 |
| 36 | HRAC,LLC aka Hampton Roads Acceptance Company | 7100-000 | $7,000.00 | $4,476.00 | $4,476.00 | $266.98 |
| 37 | CREDIT FIRST NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Beth Israel Deaconess Hospital - Plymout | 7100-000 | $68.00 | NA | NA | NA |
| N/F | Beth Israel Deaconess Hospital - Plymout | 7100-000 | $31.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Credit Collection Service | 7100-000 | $226.00 | NA | NA | NA |
| N/F | FB&T/Mercury | 7100-000 | $2,698.00 | NA | NA | NA |
| N/F | FNB Omaha | 7100-000 | $36.00 | NA | NA | NA |
| N/F | Freedom Plus | 7100-000 | $17,257.41 | NA | NA | NA |
| N/F | Indigo-Celtic Bank | 7100-000 | $173.00 | NA | NA | NA |
| N/F | Macy's | 7100-000 | $366.00 | NA | NA | NA |
| N/F | Mission Lane | 7100-000 | $1,282.00 | NA | NA | NA |
| N/F | UPMC | 7100-000 | $38.00 | NA | NA | NA |
| N/F | University of Pittsburg Physicians | 7100-000 | $72.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$68,253.41** | **$131,735.90** | **$131,735.90** | **$7,702.88** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 23-00311
**Case Name:** Douglas P. Ruszcyk
Cynthia L. Ruszcyk
**For Period Ending:** 09/03/2026

**Trustee Name:** (580250) Jill E. Durkin
**Date Filed (f) or Converted (c):** 10/20/2023 (c)
**§ 341(a) Meeting Date:** 11/16/2023
**Claims Bar Date:** 09/12/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 401 Marion Street, Forest City, PA<br>Asset amended per doc 18 | 131,055.00 | 129,122.00 | | 0.00 | FA |
| 2 | Nissan Rogue 2019 | 18,000.00 | 17,000.00 | | 0.00 | FA |
| 3 | Toyota Sierra 2016 | 17,100.00 | 17,100.00 | | 0.00 | FA |
| 4 | Chevy Silverado 2019<br>Order to sell Per doc 85<br>amount amended per amended scheduled Doc. 87 | 22,000.00 | 925.00 | | 22,000.00 | FA |
| 5 | Harley Davidson Electric 2013 | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 6 | Travel Trailer 2021 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | Household goods and furnishings | 4,750.00 | 1,000.00 | | 0.00 | FA |
| 8 | Books, pictures and CD's | 175.00 | 0.00 | | 0.00 | FA |
| 9 | 45 pmm Berta 45 1811 | 1,600.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing | 1,150.00 | 0.00 | | 0.00 | FA |
| 11 | Various Jewelry; Ring Watch | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 1 Cat | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Checking account Navy FCU | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Savings account Navy FCU | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Employer sponsored life insurane Face value $150,000.00 No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$213,330.00** | **$181,147.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2024 **Current Projected Date Of Final Report (TFR):** 03/31/2026 (Actual)

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-00311 | **Trustee Name:** | Jill E. Durkin (580250) |
| **Case Name:** | Douglas P. Ruszcyk<br>Cynthia L. Ruszcyk | **Bank Name:** | East West Bank |
| | | **Account #:** | ******0077 Checking |
| **Taxpayer ID #:** | **-***2224 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/03/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/25 | {4} | Jeffrey T. and Dawn M. Forbidussi | Proceeds from sale of truck | 1129-000 | 22,000.00 | | 22,000.00 |
| 04/29/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2179 | Transition Debit to Western Alliance Bank acct XXXXXX2179 | 9999-000 | | 22,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **22,000.00** | **22,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 22,000.00 | |
| **Subtotal** | **22,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$22,000.00** | **$0.00** | |

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-00311 | **Trustee Name:** | Jill E. Durkin (580250) |
| **Case Name:** | Douglas P. Ruszcyk<br>Cynthia L. Ruszcyk | **Bank Name:** | Western Alliance Bank |
| | | **Account #:** | ******2179 Checking Account |
| **Taxpayer ID #:** | **-***2224 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/03/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/29/25 | | Transfer Credit from East West Bank acct XXXXXX0077 | Transition Credit from East West Bank acct XXXXXX0077 | 9999-000 | 22,000.00 | | 22,000.00 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.73 | 21,968.27 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 35.20 | 21,933.07 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 33.97 | 21,899.10 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 38.61 | 21,860.49 |
| 08/29/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 33.86 | 21,826.63 |
| 09/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 37.31 | 21,789.32 |
| 10/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 36.08 | 21,753.24 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.37 | 21,721.87 |
| 12/19/25 | 10001 | Durkin Law, LLC | Per Order Dkt 103 Dated 12/11/2025 | | | 2,066.12 | 19,655.75 |
| | | Jill E. Durkin | Attorney Fees $1,745.50 | 3110-000 | | | |
| | | Jill E. Durkin | Attorney Expenses $320.62 | 3120-000 | | | |
| 12/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 39.23 | 19,616.52 |
| 01/27/26 | 10002 | International Sureties, LTD | Bond #612419177 | 2300-000 | | 15.76 | 19,600.76 |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 31.44 | 19,569.32 |
| 02/17/26 | 10003 | Douglas P. Ruszcyk, Cynthia L. Ruszcyk | Exemption, per order dkt 98 | 8100-002 | | 1,936.54 | 17,632.78 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 29.28 | 17,603.50 |
| 07/06/26 | 10004 | Jill E. Durkin | Distribution payment - Dividend paid at 100.00% of $2,756.35; Claim # FEE; Filed: $2,756.35 | 2100-000 | | 2,756.35 | 14,847.15 |
| 07/06/26 | 10005 | Jill E. Durkin | Distribution payment - Dividend paid at 100.00% of $139.49; Claim # TE; Filed: $139.49 | 2200-000 | | 139.49 | 14,707.66 |
| 07/06/26 | 10006 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $7,004.78; Claim # 35P; Filed: $7,004.78 | 5800-000 | | 7,004.78 | 7,702.88 |
| 07/06/26 | 10007 | Discover Bank | Distribution payment - Dividend paid at 5.97% of $580.55; Claim # 1; Filed: $580.55 | 7100-000 | | 34.64 | 7,668.24 |
| 07/06/26 | 10008 | CREDIT FIRST NA | Distribution payment - Dividend paid at 5.96% of $2,124.01; Claim # 2; Filed: $2,124.01 | 7100-000 | | 126.69 | 7,541.55 |
| 07/06/26 | 10009 | First National Bank of Omaha | Distribution payment - Dividend paid at 5.96% of $837.99; Claim # 3; Filed: $837.99 | 7100-000 | | 49.98 | 7,491.57 |
| 07/06/26 | 10010 | NAVY FEDERAL CREDIT UNION | Distribution payment - Dividend paid at 5.96% of $7,516.04; Claim # 4; Filed: $7,516.04 | 7100-000 | | 448.31 | 7,043.26 |

**Page Subtotals:** **$22,000.00** **$14,956.74**

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 23-00311 | | **Trustee Name:** | Jill E. Durkin (580250) |
| **Case Name:** | Douglas P. Ruszcyk | | **Bank Name:** | Western Alliance Bank |
| | Cynthia L. Ruszcyk | | **Account #:** | ******2179 Checking Account |
| **Taxpayer ID #:** | **-***2224 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/03/2026 | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/26 | 10011 | Navy Federal Credit Union | Distribution payment - Dividend paid at 5.96% of $46,436.12; Claim # 5; Filed: $46,436.12 | 7100-000 | | 2,769.76 | 4,273.50 |
| 07/06/26 | 10012 | Navy Federal Credit Union | Distribution payment - Dividend paid at 5.96% of $3,956.70; Claim # 6U; Filed: $3,956.70 | 7100-000 | | 236.00 | 4,037.50 |
| 07/06/26 | 10013 | Capital One N.A. | Distribution payment - Dividend paid at 5.96% of $3,028.83; Claim # 8; Filed: $3,028.83 | 7100-000 | | 180.66 | 3,856.84 |
| 07/06/26 | 10014 | Ally Financial c/o AIS Portfolio Services, LLC | Distribution payment - Dividend paid at 5.96% of $6,333.83; Claim # 9; Filed: $6,333.83 | 7100-000 | | 377.79 | 3,479.05 |
| 07/06/26 | 10015 | Pinnacle Credit Services, LLC | Distribution payment - Dividend paid at 5.96% of $1,227.52; Claim # 10; Filed: $1,227.52 | 7100-000 | | 73.22 | 3,405.83 |
| 07/06/26 | 10016 | CACH, LLC | Distribution payment - Dividend paid at 5.96% of $3,879.88; Claim # 11; Filed: $3,879.88 | 7100-000 | | 231.42 | 3,174.41 |
| 07/06/26 | 10017 | Harley-Davidson Credit Corp. | Distribution payment - Dividend paid at 5.96% of $9,539.19; Claim # 12; Filed: $9,539.19 | 7100-000 | | 568.98 | 2,605.43 |
| 07/06/26 | 10018 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 5.96% of $387.93; Claim # 13; Filed: $387.93 | 7100-000 | | 23.14 | 2,582.29 |
| 07/06/26 | 10019 | Capital One N.A. | Distribution payment - Dividend paid at 5.96% of $566.69; Claim # 14; Filed: $566.69 | 7100-000 | | 33.80 | 2,548.49 |
| 07/06/26 | 10020 | Capital One N.A. | Distribution payment - Dividend paid at 5.96% of $889.27; Claim # 15; Filed: $889.27 | 7100-000 | | 53.04 | 2,495.45 |
| 07/06/26 | 10021 | American Express National Bank | Distribution payment - Dividend paid at 5.96% of $1,295.36; Claim # 16; Filed: $1,295.36 | 7100-000 | | 77.26 | 2,418.19 |
| 07/06/26 | 10022 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 5.96% of $1,487.81; Claim # 17; Filed: $1,487.81 | 7100-000 | | 88.74 | 2,329.45 |
| 07/06/26 | 10023 | Mariner Finance, LLC | Distribution payment - Dividend paid at 5.96% of $4,347.62; Claim # 18U; Filed: $4,347.62 | 7100-000 | | 259.32 | 2,070.13 |
| 07/06/26 | 10024 | Geisinger | Distribution payment - Dividend paid at 5.97% of $738.96; Claim # 19; Filed: $738.96 | 7100-000 | | 44.08 | 2,026.05 |
| 07/06/26 | 10025 | Geisinger | Distribution payment - Dividend paid at 5.97% of $743.32; Claim # 20; Filed: $743.32 | 7100-000 | | 44.34 | 1,981.71 |
| 07/06/26 | 10026 | LVNV Funding, LLC | Distribution payment - Dividend paid at 5.96% of $1,118.12; Claim # 21; Filed: $1,118.12 | 7100-000 | | 66.69 | 1,915.02 |
| 07/06/26 | 10027 | LVNV Funding, LLC | Distribution payment - Dividend paid at 5.96% of $225.53; Claim # 22; Filed: $225.53 | 7100-000 | | 13.45 | 1,901.57 |
| 07/06/26 | 10028 | LVNV Funding, LLC | Distribution payment - Dividend paid at 5.96% of $1,551.35; Claim # 23; Filed: $1,551.35 | 7100-000 | | 92.53 | 1,809.04 |
| 07/06/26 | 10029 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 5.96% of $11,766.97; Claim # 24; Filed: $11,766.97 | 7100-000 | | 701.86 | 1,107.18 |
| 07/06/26 | 10030 | LVNV Funding, LLC | Distribution payment - Dividend paid at 5.96% of $1,988.41; Claim # 25; Filed: $1,988.41 | 7100-000 | | 118.60 | 988.58 |
| | | | **Page Subtotals:** | | **$0.00** | **$6,054.68** | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-00311 | **Trustee Name:** | Jill E. Durkin (580250) |
| **Case Name:** | Douglas P. Ruszcyk | **Bank Name:** | Western Alliance Bank |
| | Cynthia L. Ruszcyk | **Account #:** | ******2179 Checking Account |
| **Taxpayer ID #:** | **-***2224 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/03/2026 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/26 | 10031 | LVNV Funding, LLC | Distribution payment - Dividend paid at 5.96% of $1,260.49; Claim # 26; Filed: $1,260.49 | 7100-000 | | 75.18 | 913.40 |
| 07/06/26 | 10032 | Citibank, N.A. | Distribution payment - Dividend paid at 5.96% of $1,723.55; Claim # 28; Filed: $1,723.55 | 7100-000 | | 102.80 | 810.60 |
| 07/06/26 | 10033 | Citibank, N.A. | Distribution payment - Dividend paid at 5.97% of $436.33; Claim # 29; Filed: $436.33 | 7100-000 | | 26.03 | 784.57 |
| 07/06/26 | 10034 | Citibank, N.A. | Distribution payment - Dividend paid at 5.96% of $1,112.67; Claim # 30; Filed: $1,112.67 | 7100-000 | | 66.37 | 718.20 |
| 07/06/26 | 10035 | Purchasing Power, LLC | Distribution payment - Dividend paid at 5.96% of $589.86; Claim # 34; Filed: $589.86 | 7100-000 | | 35.18 | 683.02 |
| 07/06/26 | 10036 | Internal Revenue Service | Distribution payment - Dividend paid at 5.96% of $6,975.00; Claim # 35U; Filed: $6,975.00 | 7100-000 | | 416.04 | 266.98 |
| 07/06/26 | 10037 | HRAC,LLC aka Hampton Roads Acceptance Company | Distribution payment - Dividend paid at 5.96% of $4,476.00; Claim # 36; Filed: $4,476.00 | 7100-000 | | 266.98 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **22,000.00** | **22,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 22,000.00 | 0.00 | |
| **Subtotal** | **0.00** | **22,000.00** | |
| Less: Payments to Debtors | | 1,936.54 | |
| **NET Receipts / Disbursements** | **$0.00** | **$20,063.46** | |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-00311 | **Trustee Name:** | Jill E. Durkin (580250) |
| **Case Name:** | Douglas P. Ruszcyk<br>Cynthia L. Ruszcyk | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***2224 | **Account #:** | ******2179 Checking Account |
| **For Period Ending:** | 09/03/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0077 Checking | $22,000.00 | $0.00 | $0.00 |
| ******2179 Checking Account | $0.00 | $20,063.46 | $0.00 |
| | **$22,000.00** | **$20,063.46** | **$0.00** |